FREEHOLDERS' OF MIDDLESEX COUNTY

*v.*

STATE BANK OF NEW BRUNSWICK.

Who may not be appointed receivers of insolvent corporations.

On motion for the appointment of a receiver.

*Mr. G. B. Adrain,* for motion.

*Mr. A. V. Schenck, contra.*

Decided orally.

THE CHANCELLOR.

In proceedings against an insolvent corporation, a person connected with the management will not be appointed receiver.